1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7368
7      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,              ) No. CR 11-0813 WHA
                                          )
15         Plaintiff,                     )
                                          )
16         v.                             ) **STIPULATION AND [PROPOSED]**
                                          ) **ORDER EXCLUDING TIME UNDER 18**
17 ERICK SALAZAR RODRIGUEZ,               ) **U.S.C. § 3161**
       a/k/a Erick Benjamin Rodriguez,    )
18                                        )
           Defendant.                     )
19                                        )

20         On November 15, 2011, the parties in this case appeared before the Court.  At that time,

21 the Court set the matter to December 6, 2011.  The parties have agreed to exclude the period of

22 time between November 15, 2011 and December 6, 2011, from any time limits applicable under

23 18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the

24 reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. §

25 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an

26 exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18

27 U.S.C. § 3161(h)(7)(A).

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0813 WHA

1  At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:
3
4                                    MELINDA HAAG
                                     United States Attorney
5
6  DATED: November 15, 2011          _____/s/_____
                                     LOWELL C. POWELL
7                                    Special Assistant United States Attorney
8
9  DATED: November 15, 2011          _____/s/_____
                                     RONALD TYLER
10                                   Attorney for ERICK SALAZAR RODRIGUEZ
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0813 WHA

1 [PROPOSED] ORDER

2      For the reasons stated above and at the November 15, 2011 hearing, the Court finds that
the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
November 15, 2011 through December 6, 2011 is warranted and that the ends of justice served
by the continuance outweigh the best interests of the public and the defendant in a speedy trial.
18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of
the reasonable time necessary for effective preparation, taking into account the exercise of due
diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

     IT IS SO ORDERED.

DATED: November 17, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0813 WHA