1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | RONALD C. TYLER
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-0813 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING FROM FEBRUARY 7, 2012, |
| ERICK SALAZAR RODRIGUEZ, | ) | TO FEBRUARY 14, 2012 |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter by one week from February 7, 2012 until February 14, 2012 at 2:00 p.m. Defense counsel is unavailable on the presently set date. Both parties and the probation officer are available on the requested date.

It is so stipulated.

//
//
//
//

[PROPOSED] ORDER CONTINUING HEARING
CR 11-0813 WHA

DATED: 1/17/2012    ____/s/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Erick Salazar Rodriguez

DATED: 1/17/2012    ____/s/_____
LOWELL C. POWELL
Assistant United States Attorney

**ORDER**

The sentencing hearing in this matter is continued from February 7, 2012 until February 14, 2012 at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 18, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER CONTINUING HEARING
CR 11-0813 WHA                    -2-